UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGNACIO REYES DE LOS SANTOS, et al., <br><br> Plaintiffs, <br> -v- <br><br> MARTE CONSTRUCTION, INC., JOSEPH M. MARTE, JESUS OLAYA, ROBERT STAR PLUMBING AND HEATING, CORP., O.K. ELECTRICAL SERVICE CORPORATION, and DOVAL PLUMBING AND HEATING CORPORATION, <br><br> Defendants. | 18 Civ. 10748 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Due to the current public health situation, the default judgment hearing scheduled for April 7, 2020 at 10:30 a.m. is adjourned to **June 5, 2020 at 2:30 p.m.** Plaintiffs are directed to serve this order on defendants Marte Construction, Inc., Joseph M. Marte, Jesus Olaya, Robert Star Plumbing and Heating, Corp., O.K. Electrical Service Corporation, and Doval Plumbing and Heating Corporation; and to file proof of such service no later than May 22, 2020.

The Court directs plaintiffs to provide two sets of courtesy copies of their default judgment motion papers, including their memorandum of law and the papers outlined in Rule 3.M of the Court's Individual Rules, to the Court's chambers by May 22, 2020.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: March 13, 2020
   New York, New York