UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IGNACIO REYES DE LOS SANTOS, et al.,

                             Plaintiffs,

         -against-

MARTE CONSTRUCTION, INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

18-CV-10748 (PAE) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

    This case has been referred to me for an inquest after a default hearing. (ECF No. 92.) The Court acknowledges receipt of Plaintiffs' submissions setting forth their proposed damages. Nevertheless, the Court will hold a telephonic hearing on **July 22, 2020** at noon regarding the proposed damages. The phone number for the conference is 866-434-5269 access code 4858267.

    By no later than **June 11, 2020**, Plaintiff shall serve a copy of its Motion for Default Judgment and all supporting papers, along with a copy of this Order, via a method intended to ensure delivery to Defendants (including service at Defendants' principal place of business). Plaintiff shall file an affidavit of service with the Court.

    Defendant shall have until **July 14, 2020** to object or otherwise respond to Plaintiff's Motion for a Default Judgment and application for damages. Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

**SO ORDERED.**

DATED:    New York, New York
June 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge