UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IGNACIO REYES DE LOS SANTOS, et al.,

                                        Plaintiffs,

                -v-

MARTE CONSTRUCTION, INC, et al.,

                                        Defendants.

---

18 Civ. 10748 (PAE) (KHP)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 24, 2020, the Hon. Katharine H. Parker, United States Magistrate Judge, issued a Report and Recommendation in this case. Dkt. 99 ("Report"). That Report ordered the plaintiffs to serve a copy of the Report on the defendants and to file proof of service of the same on the docket by no later than December 4, 2020. *Id.* at 23. The plaintiffs have failed to timely file proof of service on the docket. The plaintiffs are ordered to file proof of service by December 14, 2020 at 5:00 pm.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 10, 2020
       New York, New York