UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGNACIO REYES DE LOS SANTOS, et al.,

                              Plaintiffs,

                -v-

MARTE CONSTRUCTION, INC, et al.,

                             Defendants.

18 Civ. 10748 (PAE) (KHP)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 17, 2020, the Court issued an opinion in this case. Dkt. 102 ("Opinion"). The plaintiffs are directed to serve a copy of that Opinion on the defendants and to file proof of service of the same on the docket by no later than December 30, 2020.

SO ORDERED.

*Paul A. Engelmayer* [signature]
Paul A. Engelmayer
United States District Judge

Dated: December 21, 2020
       New York, New York