**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ignacio Reyes De Los Santos; Benito Cantu; Baltazar Reyes Librado; Elvis Martinez; Andy Verdin; and Amador Cantu De Los Santos;<br><br>*Plaintiffs,*<br><br>-against-<br><br>Marte Construction Inc.; Robert Star Plumbing and Heating, Corp.; O.K. Electrical Service Corporation; Doval Plumbing and Heating Corporation; Joseph M. Marte; and Jesus Olaya;<br><br>*Defendants.* | Action No. 1:18-cv-10748-PAE-KHP<br><br>**JUDGMENT** |

**WHEREAS** the Hon. Paul A. Engelmayer, United States District Judge, issued the Opinion & Order dated December 17, 2020, (ECF Docket No. 102), awarding damages to Plaintiffs Ignacio Reyes De Los Santos; Benito Cantu; Baltazar Reyes Librado; Elvis Martinez; Andy Verdin; and Amador Cantu De Los Santos for unpaid wages, liquidated damages under federal and state statutes, and wage statement violations;

It is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered against each of the following Defendants: Marte Construction Inc.; O.K. Electrical Service Corporation; Doval Plumbing and Heating Corporation; Joseph M. Marte; and Jesus Olaya; making them jointly and severally liable in the amount of $195,705 plus prejudgment in the amount of $47,501.57 and post-judgment interest accruing until the judgment amount is satisfied, according to the following breakdown:

- $39,740 for Plaintiff Andy Verdin representing alleged unpaid wages, liquidated damages, and statutory damages, plus prejudgment interest at the rate of 9% or $9.80 per day thereon from October 25, 2017 through the date of judgment in this

action, which is a total of $11,258.94, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied;

- $36,180 for Plaintiff Ignacio Reyes De Los Santos representing alleged unpaid wages, liquidated damages, and statutory damages, plus prejudgment interest at the rate of 9% or $8.92 per day thereon from December 10, 2017 through the date of judgment in this action, which is a total of $9,839.97, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied;

- $31,120 for Plaintiff Amador Cantu De Los Santos representing alleged unpaid wages, liquidated damages, and statutory damages, plus prejudgment interest at the rate of 9% or $7.67 per day thereon from January 8, 2018 through the date of judgment in this action, which is a total of $8,241.26, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied;

- $28,960 for Plaintiff Benito Cantu representing alleged unpaid wages, liquidated damages, and statutory damages, plus prejudgment interest at the rate of 9% or $7.14 per day thereon from February 8, 2018 through the date of judgment in this action, which is a total of $7,447.88, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied;

- $28,960 for Plaintiff Elvis Martinez; representing alleged unpaid wages, liquidated damages, and statutory damages, plus prejudgment interest at the rate of 9% or $7.14 per day thereon from February 8, 2018 through the date of judgment in this action, which is a total of $7,447.88, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied;

- $15,400 for Plaintiff Baltazar Reyes Librado representing alleged unpaid wages, liquidated damages, and statutory damages, plus prejudgment interest at the rate of 9% or $3.80 per day thereon from August 10, 2018 through the date of judgment in this action, which is a total of $3,265.64, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied; and

- $15,345 for Plaintiffs' counsel, Mohammed Gangat, plus post-judgment interest from the date Judgment is entered and until Judgment is satisfied.

SO ORDERED.

Dated: New York, NY
May 12, 2021

_____
PAUL A. ENGELMAYER
*United States District Judge*