UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IGNACIO REYES DE LOS SANTOS, *et al.*,

                                  Plaintiffs,

-v-

MARTE CONSTRUCTION, INC., *et al.*,

                                  Defendants.

18 Civ. 10748 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the Court's entry of judgment in this case on May 12, 2021, Dkt. 112, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2022
       New York, New York

1